## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                          NO. 4:10CR00111-01 JLH

ERIC BURNETT                                                   DEFENDANT

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

On February 28, 2011, defendant was sentenced to 36 months probation. The Court directed that the first three (3) months of probation be spent in home detention. While in home detention, Mr. Burnett will be required to be on electronic monitoring with the imposition of a curfew. The costs associated with electronic monitoring will be paid for by the United States Probation Office.

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this 1st day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE